```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/26/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIKA PURANIK,

                Plaintiff,

-against-

THE CHILDREN'S PLACE, INC.,

                Defendant.

24 Civ. 4441 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated August 16 and 23, 2024.  ECF Nos. 19, 20.  Accordingly:

1. Defendant's request for leave to move to dismiss Plaintiff's complaint and to transfer venue is GRANTED;
2. By **October 2, 2024**, Defendant shall file its motion papers;
3. By **October 23, 2024**, Plaintiff shall file her opposition papers; and
4. By **November 6, 2024**, Defendant shall file its reply, if any.

Pursuant to Section III.B(iv) of the Court's Individual Rules, if Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendant's motion—she shall notify the Court and Defendant by **October 14, 2024**.

    SO ORDERED.

Dated: August 26, 2024
       New York, New York

                                                          ANALISA TORRES
                                                        United States District Judge