

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/26/2024

September 26, 2024

**VIA ECF**

The Hon. Analisa Torres
U.S. District Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Monika Puranik v. The Children's Place, Inc.***
**Case no. 1:24-cv-04441**

Dear Judge Torres:

We represent Defendant in the above-referenced matter. As you are aware, Defendant's motion to dismiss the Complaint and transfer venue is due to be filed on or before October 2, 2024. Yesterday, Plaintiff filed an Amended Complaint. Defense counsel is accepting service on the newly named Defendant's behalf.

Defendant respectfully requests an extension of the deadline to file its motion until October 16, 2024, to allow Defendant time to review the Amended Complaint and adjust its motion where necessary. This is Defendant's first request for an extension of time to file its motion to dismiss.

Defendant suggests the following revised briefing schedule:

- Defendant's motion to dismiss and transfer venue due on or before October 16, 2024.
- Plaintiff's response to the motion due on or before November 6, 2024.
- Defendant's reply due on or before November 20, 2024.

Plaintiff consents to this extension request.

We appreciate your consideration of this request.

Respectfully submitted,

s/Alina Nadir
Alina Nadir
Special Counsel

cc: Andrew Lieb, Esq. (via ECF)
Natalie Donaldson, Esq. (via ECF)

GRANTED. The briefing schedule proposed by the parties is SO ORDERED.

Dated: September 26, 2024
New York, New York

ANALISA TORRES
United States District Judge