UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIKA PURANIK,

                Plaintiff,

-against-

THE CHILDREN'S PLACE SERVICES COMPANY, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/2025_

24 Civ. 4441 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 16, 2024, Defendant, The Children's Place Services Company, LLC, moved to dismiss the amended complaint. ECF No. 32. On October 18, the Court referred the motion to the Honorable Valerie Figueredo for a report and recommendation. ECF No. 36. On October 28, Judge Figueredo stayed discovery pending resolution of the motion. ECF No. 41. Accordingly, the case management conference scheduled for January 27, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                                  ANALISA TORRES
                                                  United States District Judge