USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIKA PURANIK,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>THE CHILDREN'S PLACE SERVICES COMPANY, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:24-cv-04441-AT |

## MOTION TO EXTEND TIME FOR DEFENDANT TO FILE OBJECTIONS TO THE REPORT & RECOMMENDATION

Defendant The Children's Place, Inc. ("Defendant"), respectfully requests a 14-day extension of time, up to and including August 29, 2025, to file objections to the Magistrate Judge's Report and Recommendation. In support of this Motion, Defendant states as follows:

1. The Magistrate Judge issued a Report and Recommendation on August 1, 2025. The current deadline for the parties to file objections is August 15, 2025.

2. Defendant seeks this extension for good cause, to allow it sufficient time to fully consider and brief its arguments related to the findings in the Report and Recommendation. Counsel for Defendant has been engaged in deadlines in other matters, necessitating this request for a short extension of time.

3. This motion is not being made for the purpose of delay, and Defendant has not sought any prior extensions with regard to this deadline.

4. Defense counsel has conferred with Plaintiff's counsel on this request, and Plaintiff's counsel does not object to the extension requested herein.

5. Accordingly, Defendant respectfully requests a 14-day extension of time, up to and including August 29, 2025, to file objections to the Magistrate Judge's Report and Recommendation.

Dated: August 11, 2025
      New York, New York

LITTLER MENDELSON, P.C.

By: */s/ Alina Nadir*
    Alina Nadir
    anadir@littler.com
    900 Third Avenue
    New York, NY 10022.3298
    Telephone: 212.583.9600
    Facsimile: 212.832.2719

Attorneys for Defendant
THE CHILDREN'S PLACE SERVICES COMPANY, LLC

GRANTED.

SO ORDERED.

Dated: August 12, 2025
      New York, New York

ANALISA TORRES
United States District Judge