```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2025____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIKA PURANIK,

                 Plaintiff,

-against-

THE CHILDREN'S PLACE SERVICES COMPANY, LLC,

                 Defendant.

24 Civ. 4441 (AT) (VF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Plaintiff, Monika Puranik, brings this action against Defendant, The Children's Place Services Company, LLC, alleging, *inter alia*, discriminatory conduct in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*; the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq.*; and the New York City Human Rights Law, N.Y. Admin. Code § 8-101 *et seq. See generally* ECF No. 25. By order dated October 18, 2024, the Court referred Defendant's motion to dismiss to the Honorable Valerie Figueredo. ECF No. 36.

    After careful consideration, Judge Figueredo issued a report (the "R&R") recommending that the Court grant in part and deny in part Defendant's motion to dismiss, and that the Court deny Defendant's motion to transfer venue. *See generally* R&R, ECF No. 50. Although the R&R notified the parties of their right to object to the R&R, and the Court extended the time to object, no objections were filed and the time to do so has now passed. *See* R&R at 41; ECF No. 53; Fed. R. Civ. P. 72(b)(2). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014); *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001). The Court finds no clear error in Judge Figueredo's thorough and well-reasoned R&R.

    Accordingly, the Court ADOPTS the R&R in its entirety. Defendant's motion to dismiss, ECF No. 32, is GRANTED IN PART and DENIED IN PART. *See generally* R&R. Defendant's motion to transfer venue, *see* ECF No. 33, is DENIED without prejudice. *See* R&R at 38–41. By **September 30, 2025**, Plaintiff shall file any proposed second amended complaint, which must be accompanied by (1) a redline or a description of the changes from the first amended complaint to the proposed second amended complaint, and (2) a memorandum of law explaining how the amendments address the deficiencies described in the R&R.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 32.

    SO ORDERED.

Dated: September 2, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge