**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MONIKA PURANIK.,

                Plaintiff,

      -against-

THE CHILDREN'S PLACE SERVICES COMPANY LLC,

               Defendant.
-----------------------------------------------------------------X

24-CV-4441 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Plaintiff is hereby directed to file a clean version of her proposed Second Amended Complaint by **Monday, October 27, 2025**. If Defendant wishes to file a motion opposing amendment, Defendant may do so by **November 24, 2025**.

DATED:    October 23, 2025
             New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge