**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MONIKA PURANIK.,

                     Plaintiff,

            -against-


THE CHILDREN'S PLACE SERVICES COMPANY,
LLC,

                   Defendant.
-------------------------------------------------------------------X

**24-CV-4441 (AT) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      To replace the case management plan filed at ECF No. 24, the parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **December 19, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **December 19, 2025**.


DATED:     December 2, 2025
              New York, New York

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge