**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MONIKA PURANIK.,

                         Plaintiff,

          -against-


THE CHILDREN'S PLACE SERVICES COMPANY
LLC,

                       Defendant.
-------------------------------------------------------------------X

**24-CV-4441 (AT) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The parties are directed to file a joint status update on the case by **<u>June 10, 2026.</u>**


DATED:     June 4, 2026
              New York, New York

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge